IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **SAMMY LEE WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 5:21-cv-00198-MTT-CHW |
| : | |
| **PEACH COUNTY LAW** : | |
| **ENFORCEMENT CENTER,** *et. al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

In December 2021, the Court entered judgment dismissing this Section 1983 action filed by Plaintiff Sammy Lee Williams. (Docs. 8, 9). Plaintiff has now filed two post-judgment motions seeking, respectively, his release from state custody (Doc. 17) and a habeas hearing. (Doc. 16). Because the relief that Plaintiff requests cannot be afforded in a Section 1983 action, Plaintiff's post-judgment motions are **DENIED**.

**SO ORDERED**, this 1st day of July, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge