# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SAMMY LEE WILLIAMS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-198 (MTT) ) |
| PEACH COUNTY LAW ENFORCEMENT CENTER, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On October 14, 2021, United States Magistrate Judge Charles Weigle recommended dismissing Plaintiff Sammy Lee Williams' claims under 42 U.S.C. § 1983. Doc. 7. Williams did not object and the Court adopted the recommendation on December 13, 2021. Doc. 8. Ten months later, Williams moves for the Court to reconsider the Magistrate Judge's recommendation (Doc. 7). Doc. 19.[1]

Pursuant to Local Rule 7.6, "Motions for Reconsideration shall not be filed as a matter of routine practice." M.D. Ga., L.R. 7.6. Indeed, "reconsideration of a previous order is an extraordinary remedy to be employed sparingly." *Bingham v. Nelson*, 2010 WL 339806, at *1 (M.D. Ga. Jan. 21, 2010) (internal quotation marks and citation omitted). "Reconsideration is appropriate only if the movant demonstrates (1) that there has been an intervening change in the law, (2) that new evidence has been discovered

---

[1] Williams' motion asks the Court to "re-read carefully its disposition document 7" because Williams "was supposed to be released of all charges." Doc. 19. The Court construes this document as a motion for reconsideration.

which was not previously available to the parties in the exercise of due diligence, or (3) that the court made a clear error of law." *Id*. (internal quotation marks and citation omitted).

Williams has not shown relief is warranted based on the existence of any of these factors. Accordingly, Williams' motion for reconsideration (Doc. 19) is **DENIED**.

**SO ORDERED**, this 27th day of October, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
